Willie ATKINS *v.* STATE of Arkansas

CR 92-212                                    827 S.W.2d 637

Supreme Court of Arkansas
Opinion delivered March 23, 1992

PER CURIAM. Appellant's attorney Ralph Goza is directed to appear before this court at 9:00 a.m. on April 6, 1992, to show cause why he should not be held in contempt of court for failure to perfect the appeal in this case.